UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Oceola Development & Construction, LLP, | ) | |
| | ) | Case No. 2:19-cv-00739-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| International Insurance Company of Hannover, PLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:  **MICHAEL H. ELLIS, ESQUIRE AND O'GRADY QUERY, ESQUIRE, ATTORNEYS FOR PLAINTIFF:**

Defendant International Insurance Company of Hannover, PLC ("Hannover") hereby moves for summary judgment in accordance with Rule 12 and Rule 56 of the Federal Rules of Civil Procedure. This Motion is based upon the grounds that there is no genuine issue of material fact and that Defendant is entitled to judgment as a matter of law. Plaintiff Osceola Development & Construction, LLP, ("Osceola"), cannot prove that he is entitled to declaratory relief where, based upon the undisputed facts, the Expected and Intended Injury and Assault and Battery exclusions apply to exclude coverage. Hannover is further entitled to summary judgment on the improper claims practices cause of action because South Carolina does not recognize a private cause of action for improper claims practices. Finally, though no cause of action for bad faith was articulated in the Complaint, if such a claim were found implicit in the allegations of the Complaint, Hannover is entitled to summary judgment because it acted reasonably in denying coverage.

In support of this Motion, Defendants relies upon all matters of record, including the pleadings, exhibits, the Memorandum of Law in Support of this Motion filed contemporaneously herewith, and such oral argument as may be heard by the Court. Defendant further reserves the right to amend this Motion.

Respectfully submitted,

COLLINS & LACY, PC

By:  */s/ Laura R. Baer*_____
MICHAEL R. BURCHSTEAD
Fed. ID#: 10297
mburchstead@collinsandlacy.com
LAURA R. BAER
Fed. ID#: 13090
lbaer@collinsandlacy.com
1330 Lady Street, 6th Floor (29201)
Post Office Box 12487
Columbia, SC  29211
803.256.2660
803.771.4484 (Fax)

ATTORNEYS FOR INTERNATIONAL
INSURANCE COMPANY OF
HANNOVER, PLC

January 29, 2020
Columbia, South Carolina