AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Oceola Development & Construction, LLP ) <br> *Plaintiff* ) <br> v. ) <br> International Insurance Company of Hannover, PLC ) <br> *Defendant* ) | Civil Action No.    2:19-cv-00739-DCN |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: The court grants Hannover's motion for summary judgment.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, on a motion for summary judgment.

Date:    April 6, 2020                                                *CLERK OF COURT*

                                                                                    s/John P. Bryan, Jr.
                                                                              *Signature of Clerk or Deputy Clerk*